```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 AMTRUST NORTH AMERICA, INC.,             :
                                          :
                 Plaintiff,               :     20cv1166 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
 SECURRANTY, INC.,                        :
                                          :
                 Defendant.               :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On May 15, 2020, defendant filed a motion to dismiss the complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

    ORDERED that plaintiff shall file any amended complaint by **June 5, 2020.**  It is unlikely that plaintiff will have a further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **June 5, 2020.**  Defendant's reply, if any, shall be filed by **June 19.**

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **May 22, 2020** is adjourned sine die.


Dated:    New York, New York
         May 15, 2020

                              _____
                                     DENISE COTE
                              United States District Judge