```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 AMTRUST NOTH AMERICA, INC.,              :
                                          :
                         Plaintiff,       :     20cv1166 (DLC)
           -v-                            :
                                          :         ORDER
 SECURRANTY, INC.,                        :
                                          :
                         Defendant.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 15, 2020, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(1), Fed. R. Civ. P. On June 5, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's May 15 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **June 26, 2020**. If the defendant renews its motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **July 17**. Defendant shall file any reply by **July 31**.

Dated:    New York, New York
          June 8, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge