**LAW OFFICE OF TODD J. KROUNER, P.C.**
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*
———
*ADMITTED IN NY & NJ

September 23, 2020

<u>VIA ECF</u>

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



Re:   <u>In Re: Amtrust North America, Inc. v. Securranty, Inc.</u>
      1:20-cv-1166 (DLC) (JLC)

Dear Judge Cote:

I am the attorney for the defendant, Securranty ("Defendant"), in the above-referenced action. Pursuant to Local Rule 7.1 and Your Honor's Individual Practices, I write to request a two-week adjournment of the Initial Case Management Conference, from Friday, September 25, 2020, to Friday, October 9, 2020. The reason for this request is because of a combination of professional and personal obligations. This is Defendant's first request for adjournment. Counsel for the Plaintiff consents to Defendant's request.

Respectfully submitted,

/s/

Todd J. Krouner

cc:   Dennis O. Cohen, Esq.
      (via ECF)

---

```
Granted.
The initial pretrial conference
will be held on October 9, 2020
at 3:00pm.
9.23.2020.
```

*/s/ Denise Cote*
DENISE COTE
United States District Judge