USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMTRUST NORTH AMERICA,                  :
                                        :
                    Plaintiff,          :     **ORDER**
                                        :
        -v-                             :     20-CV-1166 (DLC) (JLC)
                                        :
SECURRANTY, INC.,                       :
                                        :
                    Defendant.          :
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a settlement conference today, at which the parties reached a settlement. The parties also agreed to consent to my jurisdiction and requested that the Court retain jurisdiction over this case for enforcement purposes. Accordingly, the parties are directed to file a consent form and a stipulation and order of dismissal or the equivalent providing, *inter alia*, that the Court retain jurisdiction for enforcement purposes, **no later than February 22, 2021**. *See, e.g., Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015) ("[T]o retain ancillary jurisdiction over enforcement of a settlement agreement, . . . a district court's order of dismissal must either (1) expressly retain jurisdiction over the settlement agreement, or (2) incorporate the terms of the settlement agreement in the order").

    **SO ORDERED.**

Dated: January 21, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge